IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DESIREE L. DAVIS,

           Plaintiff,

    v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

           Defendant.

No. CV 07-1282-MO

JUDGMENT

**MOSMAN, J.,**

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED, and this case is REMANDED for further proceedings consistent with the Opinion and Order of the court entered November 21, 2008 (#26).

    DATED this  25th  day of November, 2008.

                                           /s/ Michael W. Mosman
                                           MICHAEL W. MOSMAN
                                           United States District Judge

PAGE 1 - JUDGMENT